IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY PAYNE | CIVIL ACTION |
|---|---|
| v. | NO. 20-4651 |
| WOOD SERVICES, INC. & JOHN DOES 1-5 AND 6-10 | |

## ORDER

**AND NOW, TO WIT:** This 22nd day of September, 2021, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:**   /s/ Amanda Frazier
          Amanda Frazier
          Deputy Clerk

O:\CIVIL 20\20-4651 Payne v Woods Services\20cv4651 41b Order.docx